IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **ANDREA HOWARD,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-2831 |
| **AMF BOWLING CENTERS, INC.,** *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

This case was filed by Andrea Howard, from Maryland, against several defendants including three people also from Maryland. (Compl. ¶¶ 1-6, ECF No. 1.) No federal question is presented in the complaint, which rests upon allegations of negligence resulting in personal injury to Howard. Apparently, then, she seeks to invoke the diversity jurisdiction of the Court. It is obvious, however, that complete diversity does not exist between Plaintiff and all Defendants. Consequently, this Court lacks subject-matter jurisdiction and will dismiss the case. *See Central West Virginia Energy Co., Inc. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011) ("With the exception of certain class actions, Section 1332, [Title 28, United States Code,] requires complete diversity among parties, meaning that the citizenship of every plaintiff must be different from the citizenship of every defendant," (citing *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 68 (1996)). A separate order will follow.

DATED this <u>4th</u> day of October, 2012.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge